IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Civil Action No. 10-1154-KHV-JPO

FREEBIRD, INC., a Washington corporation, individually and as representative plaintiffs on behalf of all other similarly situated

    Plaintiff,

v.

MERIT ENERGY COMPANY, a Delaware corporation,

    Defendant.

## DESIGNATION OF PLACE OF TRIAL

COMES NOW Respondent, Merit Energy Company, and designates Wichita, Kansas as the place of trial in this case.

    /s/ Karl F. Hirsch
Craig R. Carver
Christopher Kamper
1600 Stout Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-1500
Facsimile: (303) 893-1829

Karl F. Hirsch, D. Kan. No. 23274
Mullins, Hirsch Edwards,
Heath, White & Martinez, P.C.
100 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-2335
Facsimile: (405) 232-7930

Attorneys for Defendant