AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | | |
|---|---|---|
| Freebird, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 10-CV-1154 |
| Merit Energy Co. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Freebird, Inc.

Date: 05/26/2010

/s/ Rex Sharp
*Attorney's signature*

Rex A. Sharp #12350
*Printed name and bar number*

Gunderson Sharp & Walke, LLP
5301 W. 75th Street
Prairie Village, KS 66208
*Address*

rsharp@midwest-law.com
*E-mail address*

(913) 901-0500
*Telephone number*

(913) 901-0419
*FAX number*