IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Civil Action No. 10-CV-1154

FREEBIRD, INC., a Washington corporation, individually and as representative plaintiffs on behalf of all other similarly situated

    Plaintiff,

v.

MERIT ENERGY COMPANY, a Delaware corporation,

    Defendant.

_____

**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**
_____

    Pursuant to D. Kan. Rule 83.5.4., I move that Craig R. Carver be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

    I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

    Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion. I have also verified that the information contained in the affidavit is true and accurate.

    Respectfully submitted,

    /s/ Karl F. Hirsch
    Karl F. Hirsch D. Kan. No. 23274
    Mullins, Hirsch, Edwards,
    Heath, White & Martinez, P.C.
    100 Park Avenue, Suite 400
    Oklahoma City, Oklahoma 73102
    Telephone: (405) 235-2335
    Facsimile: (405) 232-7930
    Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Civil Action No. 10-CV-1154

FREEBIRD, INC., a Washington corporation, individually and as representative plaintiffs on behalf of all other similarly situated

    Plaintiff,

v.

MERIT ENERGY COMPANY, a Delaware corporation,

    Defendant.
_____

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**
_____

    Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My name is Craig R. Carver.

2. I practice under the following firm name or letterhead:

   Carver, Schwarz, McNab & Bailey, L.L.C
   1600 Stout Street, Suite 1700
   Denver, Colorado  80202
   Telephone: (303) 893-1500
   Facsimile:  (303) 893-1829
   ccarver@cksmb.com

3. I have been admitted to practice in the following courts:

   a. State of Colorado, admitted 1974;

   b. U.S. District Court District of Colorado, admitted 1974;

   c. U.S. Court of Appeals 10th Circuit, admitted 1974;

   d. U.S. Supreme Court, admitted 1981.

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel

will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have registered or shall register to receive electronic notification by completing the Court's Electronic Filing Registration Form. I understand I will receive System-generated notices of electronic filing.

STATE OF COLORADO            )
                             ) ss.
CITY AND COUNTY OF DENVER    )

I, Craig R. Carver, being first duly sworn, states under penalty of perjury that the above and foregoing statements are true and accurate to the best of my knowledge and belief.

Dated ~~May~~ June 8, 2010.

_____
Craig R. Carver

Subscribed and sworn to me this 8th day of ~~May~~ June, 2010 by Craig R. Carver.

My commission expires: 7-29-10



_____
Mary Young
Notary Public