IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FREEBIRD, INC., on behalf of itself and all others similarly situated,  )<br>)<br>Plaintiff Class,  )<br>)<br>vs.  )<br>)<br>Merit Energy Co. (including affiliated predecessors and successors),  )<br>)<br>Defendant.  ) | Case No.10-1154-KHV-JPO |

## PLAINTIFF CLASS'S MOTION
## FOR PARTIAL SUMMARY JUDGMENT

In May 2011, the Kansas Supreme Court issued its opinion in *Hockett v. Trees Oil Company,* 292 Kan. 213, 251 P.3d 65, 72 (2011). Two of the holdings in *Hockett* entitle the Plaintiff Class in this case to summary judgment. Fed. R. Civ. P. 56. First, the Kansas Supreme Court analyzed old precedent and reaffirmed that royalty must be paid on gross, not net, contract price; and, second, that the lessee is not permitted to deduct its conservation fee expense from royalties. The undisputed material facts show that Merit paid royalty on its net revenue, not the gross contract price, and that Merit charged royalty owners a portion of its conservation fee expense. Thus, Merit has breached the Class leases (Count I), has been unjustly enriched (Count II), and is liable for a damage accounting to the Class (Count III). Summary judgment on liability should be entered accordingly leaving only damages to be determined.

Plaintiff Class incorporates its accompanying brief in support of this motion.

Respectfully submitted,

/s Rex A. Sharp
Rex A. Sharp KBA#12350
Barbara C. Frankland KBA#14198
Gunderson, Sharp & Walke, L.L.P.
5301 W. 75th Street
Prairie Village, KS  66208
(913) 901-0500
(913) 901-0419 fax
rsharp@midwest-law.com
bfrankland@midwest-law.com

David E. Sharp KBA#10624
Gunderson Sharp & Walke, LLP
700 Louisiana, Suite 2300
Houston, TX 77002
(713) 221-2337
(713) 583-5448 fax
dsharp@midwest-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 18, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to counsel of record: khirsch@mullinshirch.com, ccarver@cksmb.com, ckamper@cksmb.com.

/s/ Rex A. Sharp

.