IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FREEBIRD, INC., on behalf of itself and all others similarly situated,  )<br><br>Plaintiff Class,  )<br><br>vs.  )<br><br>Merit Energy Co. (including affiliated predecessors and successors),  )<br><br>Defendant.  ) | Case No.10-1154-KHV-JPO |

### PLAINTIFF CLASS'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON MARKETABLE CONDITION RULE <u>BY SERIATIM TYPE OF ROYALTY DEDUCTION</u>

In responding to Plaintiff Class's motion for partial summary judgment in the aggregate under *Hockett* (Doc. 62), Defendant Merit Energy Company ("Merit") urged consideration of the royalty deductions seriatim, that is, for each type of deduction: gathering; compression; dehydration; treatment; and processing ("GCDTP"). [1] Whether considered in the aggregate under *Hockett* or seriatim as done in prior Kansas case law, the result is the same—GCDTP Services costs cannot be deducted from royalty owners. With Plaintiff Class's motion addressing deductions in the aggregate under *Hockett* already on file, this motion seeks partial summary judgment on Merit's liability to the Class as a matter of Kansas law if the GCDTP Services costs are examined seriatim. Fed. R. Civ. P. 56. The undisputed material facts show that Merit paid royalty on its net revenue, after deducting contractual payments for GCDTP Services, not the gross revenue, so Merit effectively charged royalty owners for a portion of its GCDTP Service

---

[1] Processing includes processing mixed raw make NGLs (a/k/a "Y-Grade") into fractionated, commercial grade products (ethane, propane, iso-butane, normal butane, and natural gasoline) and crude helium into commercial Grade A helium. Bower Dep. at 11:16-19 (compression); Huzyk Dep. at 34-35.

1

costs. Thus, Merit has breached the Class leases (Count I), has been unjustly enriched (Count II), and is liable for a damage accounting to the Class (Count III). Summary judgment on liability should be entered accordingly leaving only damages to be determined.

Plaintiff Class incorporates its accompanying brief in support of this motion and the Declaration of Rex A. Sharp with attached exhibits.

>Respectfully submitted,
>
>/s Rex A. Sharp
>Rex A. Sharp KBA#12350
>Barbara C. Frankland KBA#14198
>Gunderson, Sharp & Walke, L.L.P.
>5301 W. 75th Street
>Prairie Village, KS  66208
>(913) 901-0500
>(913) 901-0419 fax
>rsharp@midwest-law.com
>bfrankland@midwest-law.com
>
>David E. Sharp KBA#10624
>Gunderson Sharp & Walke, LLP
>700 Louisiana, Suite 2300
>Houston, TX 77002
>(713) 221-2337
>(713) 583-5448 fax
>dsharp@midwest-law.com

## CERTIFICATE OF SERVICE

I hereby certify that, on March 23, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to counsel of record: khirsch@mullinshirch.com, ccarver@cksmb.com, ckamper@cksmb.com.

>/s/ Rex A. Sharp